UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R.,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S.A., et al.,<br><br>        Defendants. | Case No. 23-cv-03994-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Gonzales Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin*, Case No. 22-cv-5137-YGR.

**IT IS SO ORDERED.**

Dated: August 10, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge